IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MGI MARINE, L.L.C. § | | |
|     Plaintiff, § | | |
| § | | |
| v. § | C.A. No. 4:11-cv-02162 | |
| § | Admiralty - Rule 9(h) | |
| M/T STOLT AQUAMARINE, her § | | |
| engines, tackle, apparel, etc., *in rem*, and § | | |
| STOLT AQUAMARINE BV, *in personam*, § | **AGREED ORDER** | |
| and M/V WEHR ELBE, her engines, tackle, § | | |
| apparel, etc., *in rem*, and § | | |
| "MS WEHR ELBE" Schiffahrtsges mbH § | | |
| & Co. KG, *in personam*, § | | |
|     Defendants. § | | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff MGI Marine, L.L.C., Defendant/Vessel Claimant/Cross-Claimant Stolt Aquamarine B.V. and Defendant/Vessel Claimant/Cross-Claimant MS "WEHR ELBE" Schiffahrtsges mbH & Co. KG have informed the Court that all direct *in personam* and *in rem* claims and all cross-claims have been fully compromised and settled; therefore

It is ORDERED, ADJUDGED AND DECREED that this case is dismissed with prejudice. Each party shall bear its own costs.

SIGNED this **23rd** day of **October**, 2012, at Houston, Texas.

_____
HON. SIM LAKE
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

ROYSTON, RAYZOR, VICKERY & WILLIAM, L.L.P.

By: _____
John M. Elsley
Attorney for Plaintiff
MGI Marine, L.L.C.

EASTHAM, WATSON, DALE & FORNEY

By: _____
William A. Durham
Attorney for Defendants/Cross-Claimants
Stolt Aquamarine B.V. and
M/T STOLT AQUAMARINE, in rem

COHEN, GORMAN & PUTNAM, L.L.P.

By: _____
Richard L. Gorman
Attorney for Defendants/Cross-Claimants
MS "WEHR ELBE" Schiffahrtsges mbH & Co. KG
and M/V WEHR ELBE, in rem